368 A.2d 269

COMMONWEALTH of Pennsylvania

v.

Lawrence SHERRELL, Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 20, 1976.

Decided April 28, 1977.

John J. Dean, Anthony J. Lalama, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Louis R. Paulick, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.